| | |
|---|---|
| DEFENDANT: | MEGAN HESS |
| YOB: 1976 | **AGE: 43** |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ Yes _____ No | |
| If No, a new warrant is required | |
| OFFENSE(S): | **Counts 1-6: 18 U.S.C. § 1341; 18 U.S.C. § 2**<br>Mail Fraud, and Aiding and Abetting |
| | **Counts 7-9: 49 U.S.C. § 46312; 18 U.S.C. § 2**<br>Transportation of Hazardous Materials, and Aiding and Abetting |
| LOCATION OF OFFENSE: | Montrose County, Colorado, and elsewhere |
| PENALTY: | **Counts 1-6:** NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Counts 7-9:** NMT 5 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| AGENT: | John Busch, Special Agent, FBI |
| AUTHORIZED BY: | Jeremy Chaffin<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

____ five days or less __X__ over five days        ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

__X___ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

1