UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   MEGAN HESS,
**2.   SHIRLEY KOCH,**

        Defendants.

_____

### AMENDED MOTION TO RESTRICT ACCESS
_____

Defendant Shirly Koch by counsel submits this Amended Motion to Restrict Access to correct an error by counsel in the document number to be restricted. The motion filed at Doc. 112 requests the filing at Doc. 110 be restricted. The document number for which restriction is requested is Doc. 111, not Doc. 110.

Counsel apologizes for the error in the document number and all references to Doc. 110 in the filing at Doc. 111 and Doc. 113 should be to Doc. 110.

Dated: August 22, 2021                By: /s/ Stephen L. Laiche
                                                  Stephen L. Laiche
                                                  Attorneys for Defendant
                                                  422 White Avenue, Suite 323
                                                  Grand Junction, CO 81501
                                                  (970) 245-8021

        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        5445 DTC Parkway, Penthouse 4
        Greenwood Village, CO 80111
        Telephone:  (303) 486-6938
        Facsimile:  (303) 573-4921
        Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on August 22, 2021, I electronically filed the foregoing **AMENDED MOTION TO RESTRICT ACCESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch        (via electronic mail)

        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        5445 DTC Parkway, Penthouse 4
        Greenwood Village, CO 80111
        Telephone:  (303) 486-6938
        Facsimile:  (303) 573-4921
        Email: meskesen@eskesenlaw.com