UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MEGAN HESS,
**2.**     **SHIRLEY KOCH,**

        Defendants.

_____

## MOTION FOR COMPETENCY DETERMINATION
_____

Stephen L. Laiche and Martha H. Eskesen, court-appointed counsels for the defendant, Shirley Koch, move the Court for a competency determination of Ms. Koch, and state as follows in support of the request:

1.    Ms. Koch is charged in a nine-count Indictment, filed March 12, 2020, with Mail Fraud and Aiding and Abetting in violation of 18 U.S.C. § 1341 and 18 U.S.C. § 2 (Counts 1-6), and Transportation of Hazardous Materials and Aiding and Abetting in violation of 49 U.S.C. § 46312 and 18 U.S.C. § 2 (Counts 7-9).  (Doc. 1).

2.    Due process categorically prohibits subjecting a defendant who is mentally incompetent to proceed to a criminal trial.  *Drope v. Missouri*, 420 U.S. 162 (1975).  A defendant must be mentally competent for all decisions in the criminal process.  If a defendant is found mentally incompetent, [s]he cannot proceed towards a plea or a trial

unless [s]he can be restored to mental competency.  *See Godinez v. Moran*, 509 U.S. 389 (1993).

4.      This Court has authority to order a hearing to determine competency, along with a psychiatric or psychological examination of the defendant, when there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering [her] mentally incompetent[.]" 18 U.S.C. § 4241(a)-(b).

5.      An individual is mentally incompetent to stand trial if she suffers from a mental disease or defect which makes her unable to understand the nature and consequences of the proceedings against her; or unable to assist properly in her defense.  18 U.S.C. § 4241.

6.      Defense counsels have a good faith basis to question Ms. Koch's competency based on the facts set forth in the Supplement to Motion for Competency Determination filed under restricted access simultaneously with this motion.

7.      Ms. Koch was arrested on March 17, 2020.  Doc. 13.  She was released on a $100,000 unsecured bond on that date (Doc. 31) and has remained in the community and compliant with conditions of bond.  Therefore, the defense requests the Court appoint a licensed psychiatrist/psychologist to conduct the evaluation in the community.

8.      Counsels will endeavor to confer with government counsel to recommend a licensed psychiatrist/psychologist to the Court to conduct the evaluation of Ms. Koch

in the community.  In the meantime, based on the information set forth in the Supplement to Motion for Competency Determination, filed under restricted access simultaneously with this motion, counsels are obligated to make this motion and to apprise the Court accordingly.

Dated:  September 2, 2021      By: /s/ Stephen L. Laiche
Stephen L. Laiche
Attorneys for Defendant
422 White Avenue, Suite 323
Grand Junction, CO 81501
(970) 245-8021


MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 2, 2021, I electronically filed the foregoing **MOTION FOR COMPETENCY DETERMINATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeremey Chaffin, Assistant U.S. Attorney
Jeremy.chaffin@usdoj.gov

Tim R. Neff, Assistant U.S. Attorney
Tim.neff@usdoj.gov

Daniel Shaffer
lawyerdan@danielshafferlaw.com
Attorney for Megan Hess (1)

Ashley Marie Petry
ashley@aplawltd.com
Attorney for Megan Hess (1)

Stephen L. Laiche
Steve@laichelaw.com
Attorney for Shirley Koch (2)

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch        (via electronic mail)

    MARTHA H. ESKESEN, P.C.

    s/ Martha H. Eskesen
    Martha H. Eskesen
    5445 DTC Parkway, Penthouse 4
    Greenwood Village, CO 80111
    Telephone:   (303) 486-6938
    Facsimile:   (303) 573-4921
    Email: meskesen@eskesenlaw.com