UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MEGAN HESS,
2.    **SHIRLEY KOCH,**

        Defendants.
_____

### SECOND SUPPLEMENT TO MOTION FOR COMPETENCY DETERMINATION
_____

        Stephen L. Laiche and Martha H. Eskesen, court-appointed counsels for the defendant, Shirley Koch, submit this Second Supplement to Motion for Competency Determination, and state:

        1.    On September 2, 2021, counsels filed a Motion for Competency Determination of Ms. Koch and Supplement to Motion for Competency Determination. Docs. 117 and 118.

        2.    Designating the individual to conduct the evaluation so that the Court can consider competency is something that the Court can, and should do, pursuant to 18 U.S.C. § 4247(b). *See* 18 U.S.C. § 4247(b) ('[e]ach examiner shall be designated by the court.").

3. In Doc. 117, counsels indicated they would endeavor to confer with government counsel to recommend a licensed psychiatrist/psychologist to the Court to conduct the evaluation of Ms. Koch in the community. Doc. 117, p. 2, ¶ 8.

4. The parties have agreed upon local forensic psychiatrist, Dr. Karen Fukutaki, to conduct the evaluation. Dr. Fukutaki has previously been appointed by judicial officers in this district to conduct mental health evaluations and is willing and available to do so in this case.

WHEREFORE, defense counsels request the Court grant the Motion for Competency Determination and appoint Dr. Karen Fukutaki to conduct an evaluation pursuant to 18 U.S.C. § 4241(b) and to file a report with this Court.

Dated:  September 5, 2021

By: /s/ Stephen L. Laiche
Stephen L. Laiche
Attorneys for Defendant
422 White Avenue, Suite 323
Grand Junction, CO 81501
(970) 245-8021
steve@laichelaw.com

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:   (303) 573-4921
Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 5, 2021, I electronically filed the foregoing **MOTION FOR COMPETENCY DETERMINATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeremey Chaffin, Assistant U.S. Attorney
Jeremy.chaffin@usdoj.gov

Tim R. Neff, Assistant U.S. Attorney
Tim.neff@usdoj.gov

Daniel Shaffer
lawyerdan@danielshafferlaw.com
Attorney for Megan Hess (1)

Ashley Marie Petry
ashley@aplawltd.com
Attorney for Megan Hess (1)

Stephen L. Laiche
Steve@laichelaw.com
Attorney for Shirley Koch (2)

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch          (via electronic mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

3