UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MEGAN HESS,
**2.    SHIRLEY KOCH,**

        Defendants.
_____

**MOTION PURSUANT TO FED.R.CRIM.P. 59(a) TO REVIEW AND
SET ASIDE THE ORDER DENYING MOTION TO WITHDRAW OF CRIMINAL
JUSTICE ACT PANEL ATTORNEY MARTHA H. ESKESEN**
_____

Martha H. Eskesen of MARTHA H. ESKESEN, P.C., pursuant to Rule 59(a) of

the Federal Rules of Criminal Procedure, moves the Court to review and set aside the

order entered orally by Magistrate Judge Gordon P. Gallagher on October 25, 2021,

denying the Motion to Withdraw and Renewed Motion to Withdraw filed at Doc. 108 and

Doc. 129.

**Procedural History**

1.    On March 12, 2020, a nine-count Indictment was filed charging Ms. Koch

and her daughter, Megan Hess, with Mail Fraud and Aiding and Abetting in violation of

18 U.S.C. § 1341 and 18 U.S.C. § 2 (Counts 1-6); and Transportation of Hazardous

Materials and Aiding and Abetting in violation of 49 U.S.C. § 46312 and 18 U.S.C. § 2

(Counts 7-9).  (Doc. 1).

2.      Ms. Koch qualified for the appointment of counsel pursuant to the Criminal Justice Act and Criminal Justice Act Panel Attorney Stephen L. Laiche was appointed on or about March 17, 2020.  (Doc. 16 and Doc. 35).  Ms. Koch is on bond. (Doc. 15).

3.      On April 13, 2020, Mr. Laiche moved the Court to appoint co-counsel Paula Ray.  (Doc. 68).  The Court granted the motion on April 14, 2020.  (Doc. 69).

4.      Ms. Ray subsequently moved to withdraw on June 23, 2021, due to her official retirement.  (Doc. 93).  The Court granted the motion that same day.  (Doc. 94).

5.      Mr. Laiche subsequently moved the Court for the appointment of co-counsel to replace Ms. Ray.  (Doc. 101).  The Court granted the motion on June 29, 2021, and Ms. Eskesen filed her entry of appearance on June 30, 2021.  (Docs. 102 - 104).

6.      Ms. Eskesen moved to withdraw on August 10, 2021.  (Doc. 108).  She renewed her motion on October 18, 2021.  (Doc. 129).

7.      On August 13, 2021, Steve Laiche filed his motion to withdraw.  (Doc. 109).

8.      On August 16, 2021, the Court set an *ex parte* motions hearing for August 26, 2021 at 10:00 a.m. before Judge Christine M. Arguello.

9.      In a subsequent order entered August 25, 2021 at Doc. 115, Judge Arguello vacated the hearing based on information provided in a restricted access filing at Doc. 111.

10.     On September 2, 2021, defense counsel filed a Motion for Competency Determination.  (Doc. 117).

11.     Judge Arguello referred the Motion for Competency Determination and defense counsels' motions to withdraw to Magistrate Judge Gordon P. Gallagher.  (Doc. 122 & Doc. 131).

12.     Magistrate Judge Gallagher convened a hearing on the Motion for Competency Determination and the motions to withdraw on October 25, 2021.  (Doc. 136).  The portion of the hearing on the motions to withdraw and the renewed motion to withdraw was conducted *ex parte*.  After hearing, Judge Gallagher issued oral findings and recommendations that Ms. Koch is competent to stand trial and denying the motions to withdraw and renewed motion to withdraw as counsel.  *Id.*[1]

**<u>Legal Authority</u>**

13.     In criminal cases, review of matters before a magistrate judge is governed by Rule 59 of the Federal Rules of Criminal Procedure.  For both dispositive and nondispositive matters, Rule 59 provides that "[f]ailure to object in accordance with this rule waives a party's right to review."  Fed.R.Crim.P. 59(a) and (b)(2).  An objection is preserved if filed with the district court within fourteen days.  *Id.; see also* 28 U.S.C. § 636(b)(1) (codifying a fourteen-day limit for appeals from "proposed findings and recommendations).

---

[1] Ms. Eskesen requested but has not yet received a transcript from the October 25, 2021 hearing.

14.     "The district judge must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous."  Fed.R.Crim.P. 59(a): *see also* 28 U.S.C. § 636(b)(1)(A) (noting that the district court may reconsider magistrate findings that are "clearly erroneous"). A finding is clearly erroneous when "although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." United States v. United States Gypsum Co., 333 U.S. 364, 395 (1948).

**Objection to Ruling**

15.     Because the hearing on the motions to withdraw and Ms. Eskesen's renewed motion to withdraw was conducted on an *ex parte* basis, Ms. Eskesen sets forth her specific objections to the magistrate judge's ruling and further discussion in a supplement to this motion filed under restricted access – level 3.

**Relief Requested**

16.     Based on the foregoing and the specific objections and additional information set forth in the restricted access supplement, Ms. Eskesen requests the Court

      a.     find that these objections to Magistrate Judge Gallagher's October 25, 2021 oral order are timely, and

      b.     set aside the order, and

      c.     grant the Motion to Withdraw and Renewed Motion to Withdraw filed as to Ms. Eskesen at Doc. 108 & Doc. 129.

4

Dated:  November 1, 2021            MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:     (303) 573-4921
Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 1, 2021, I electronically filed the foregoing **MOTION PURSUANT TO FED.R.CRIM.P. 59(a) TO REVIEW AND SET ASIDE THE ORDER DENYING MOTION TO WITHDRAW OF CRIMINAL JUSTICE ACT PANEL ATTORNEY MARTHA H. ESKESEN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch            (via electronic mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:     (303) 573-4921
Email: meskesen@eskesenlaw.com