UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **MEGAN HESS,**
2. **SHIRLEY KOCH,**

        Defendants.
_____

**JOINT MOTION FOR DEFENDANTS TO APPEAR BY
VIDEO TELECONFERENCING**
_____

The United States of America, by and through the undersigned Assistant United States Attorney, and defendants Megan Hess and Shirley Koch, by and through their lead attorneys, move the Court to allow the defendants to appear at the hearing currently scheduled for Marc 6, 2023 by video teleconferencing, and in support of this motion state as follows:

      1.    The Court sentenced the defendants on January 3, 2023, and remanded them to custody to commence serving their sentences.

      2.    By prior order entered December 5, 2022, the Court granted the Government's Unopposed Motion Requesting a Separate Hearing for Determination of Victims' Restitution Amounts, and set a Restitution Hearing for March 6, 2023 at 2:00

p.m. in Grand Junction. (Doc. 259). By order entered February 7, 2023, the Court reset the hearing in time only to 10:00 a.m. on March 6. (Doc. 307).

3. On February 16, 2023, the Court's judicial assistant inquired if each defendant wishes to appear on March 6 and, if so, if they can appear via VTC.

4. Ms. Hess and Ms. Koch are currently in the custody of the Federal Bureau of Prisons ("BOP"). Each wishes wish to appear at the hearing on March 6 via VTC. Transporting them back to Grand Junction will require unnecessary expenditure of time and resources.

5. The government does not object to the defendants appearing by video teleconferencing, and with an order from the Court can undertake to coordinate video teleconferencing with BOP staff at the facility where the defendants are housed.

WHEREFORE, the parties request that this Court order that Megan Hess and Shirley Koch may appear at the hearing currently scheduled for March 6, 2023 at 10:00 a.m. by video teleconferencing and direct the government to coordinate the logistics of video teleconferencing with Court staff and BOP staff.

| | |
|---|---|
| COLE FINEGAN<br>United States Attorney | MARTHA H. ESKESEN, P.C. |
| BY: *s/ Tim Neff*<br>Tim Neff<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-454-0100<br>Fax: 303-454-0405<br>E-mail: Tim.Neff@usdoj.gov | s/ Martha H. Eskesen<br>Martha H. Eskesen<br>7887 East Belleview Ave., Suite 1100<br>Denver, CO 80111<br>Telephone: (303) 228-1668<br>Facsimile: (303) 573-4921<br>Email: meskesen@eskesenlaw.com<br>*Attorney for Defendant Shirley Koch* |

s/ Daniel Shaffer<br>
Daniel Shaffer<br>
405 Ridges Blvd. Suite B<br>
Grand Junction, CO 81507<br>
Telephone: 970-243-2552<br>
Facsimile: 970-243-3905<br>
lawyerdan@danielshafferlaw.com<br>
*Attorney for Defendant Megan Hess*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 17, 2023, I electronically filed the foregoing **JOINT MOTION FOR DEFENDANTS TO APPEAR BY VIDEO TELECONFERENCING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Tim R. Neff, Assistant U.S. Attorney
Tim.neff@usdoj.gov

Rebecca Weber, Assistant U.S. Attorney
Rebecca.weber@usdoj.gov

Dan Shaffer, Esq.
lawyerdan@danielshafferlaw.com

Ashley Marie Petrey, Esq.
Ashley@aplawltd.com

Thomas E. Goodreid, Esq.
t.goodreid@comcast.net

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch        (via U.S. mail)

MARTHA H. ESKESEN, P.C.<br><br>
s/ Martha H. Eskesen<br>
Martha H. Eskesen<br>
7887 East Belleview Ave., Suite 1100<br>
Denver, CO 80111<br>
Telephone: (303) 228-1668<br>
Facsimile: (303) 573-4921<br>
Email: meskesen@eskesenlaw.com