UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**2.    SHIRLEY KOCH,**

        Defendant.
_____

**RESPONSE AND OBJECTION TO THIRD ADDENDUM TO
THE PRESENTENCE REPORT (DOC. 314)**
_____

Defendant Shirley Koch, by counsel, submits the following Response and

Objection to the Third Addendum to the Presentence Report (Third Addendum) (Doc.

314) and states:

1.    The parties have been and are continuing to engage in discussions

regarding restitution.

2.    The Excel Spreadsheet included with the Third Addendum is not a current

version, contains some figures that have not been substantiated, or are the subject of

continuing discussion between the parties.

3.    Accordingly, Ms. Koch objects to the Excel Spreadsheet in its current form

and the Third Addendum.

4.      The parties will provide a current version of the Excel Spreadsheet to the Probation Officer and the Court upon its final revision and completion of the parties' discussions.

Dated: February 24, 2023        MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Ave., Suite 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com

s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO 80127
(303) 296-2048
t.goodreid@comcast.net

*Attorneys for Defendant Shirley Koch*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 24, 2023, I electronically filed the foregoing **RESPONSE AND OBJECTION TO THIRD ADDENDUM TO THE PRESENTENCE REPORT (DOC. 314)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch          (via U.S. Mail)          MARTHA H. ESKESEN, P.C.
                                               s/ Martha H. Eskesen
                                               Martha H. Eskesen
                                               7887 East Belleview Ave., Suite 1100
                                               Denver, CO 80111
                                               Telephone: (303) 228-1668
                                               Facsimile: (303) 573-4921
                                               Email: meskesen@eskesenlaw.com