

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

March 1, 2023

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

RE:   USA  v. Koch, et al

District Court Case No.  20-cr-0098-CMA-GPG-2
Court of Appeals Case No.  23-1009

Dear Clerk:

Enclosed please find the Record on Appeal in  (6) SIX   volume(s) which consist of the following:

Volume I -  Electronic Documents
Volume II -  Text Only Entry
Volume III - Restricted Documents Level 2 and 3
Volume IV -  Restricted Documents Level 2
Volume V - Transcripts
Volume VI  - Restricted transcript

JEFFREY P. COLWELL, CLERK

By:  s/  S. Phillips,
Deputy Clerk