UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**2. SHIRLEY KOCH,**

   Defendant.
_____

**JOINT NOTICE REGARDING RESTITUTION**
_____

   The United States of America, by and through the undersigned Assistant United States Attorney, and defendant Shirley Koch, by and through her undersigned attorney, hereby notify the Court they have reviewed the restitution figures submitted with the Third Addendum to the Presentence Report (Doc. 314) and have revised the numbers with respect to restitution based upon their review and further investigation. The parties' revised position as to restitution will be provided to the U.S. Probation Officer on March 3, 2023.

   The United States of America will attempt to ascertain Defendant Hess's position as to the revised numbers.

   Respectfully Submitted this 3rd day of March, 2023.

| | |
|---|---|
| COLE FINEGAN<br>United States Attorney | MARTHA H. ESKESEN, P.C. |
| BY: *s/ Tim Neff*<br>Tim Neff<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-454-0100<br>Fax: 303-454-0405<br>E-mail: Tim.Neff@usdoj.gov | s/ Martha H. Eskesen<br>Martha H. Eskesen<br>7887 East Belleview Ave., Suite 1100<br>Denver, CO 80111<br>Telephone: (303) 228-1668<br>Facsimile: (303) 573-4921<br>Email: meskesen@eskesenlaw.com<br>*Attorney for Defendant Shirley Koch* |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 3, 2023, I electronically filed the foregoing **JOINT NOTICE REGARDING RESTITUION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Tim R. Neff, Assistant U.S. Attorney
Tim.neff@usdoj.gov

Rebecca Weber, Assistant U.S. Attorney
Rebecca.weber@usdoj.gov

Dan Shaffer, Esq.
lawyerdan@danielshafferlaw.com

Ashley Marie Petrey, Esq.
Ashley@aplawltd.com

Thomas E. Goodreid, Esq.
t.goodreid@comcast.net

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch        (via U.S. mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Ave., Suite 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com